IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-497-FDW-DCK

| | |
|---|---|
| NIRO, INC., n/k/a GEA PROCESS ENGINEERING, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| INDUSTRIAL PIPING, INC. and IPE - INDUSTRIAL PROCESS ENGINEERS, P.C. | )<br>)<br>) |
| | ) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Sara W. Higgins, concerning Jeffrey P. Reilly on October 7, 2014. Mr. Jeffrey P. Reilly seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. Jeffrey P. Reilly is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: October 7, 2014

David C. Keesler
United States Magistrate Judge