**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-497-FDW-DCK**

| | |
|---|---|
| NIRO, INC., n/k/a GEA PROCESS ENGINEERING, INC., d/b/a GEA PROCESS, | )<br>)<br>) |
| **Plaintiff / Counterclaim Defendant,** | )<br>) |
| v. | ) **ORDER** |
| IPE - INDUSTRIAL PROCESS ENGINEERS, P.C., | )<br>)<br>) |
| **Defendant,** | )<br>) |
| and | )<br>) |
| INDUSTRIAL PIPING, INC., | )<br>) |
| **Defendant / Counter Claimant,** | )<br>) |
| v. | )<br>) |
| LIBERTY MUTUAL INS. CO., | )<br>) |
| **Counterclaim Defendant.** | )<br>) |
| and | )<br>) |
| ORION ENGINEERING, PC d/b/a ORION ENGINEERING OF THE SOUTHEAST, INC., ORION ENGINEERING, P.C. INC. And/or ORION ENGINEERING, INC., | )<br>)<br>)<br>) |
| **Third-Party Defendant.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendants Industrial Piping, Inc. and

IPE-Industrial Process Engineers, Inc.'s "Motion To Seal Supplemental Exhibits" (Document No.

51) filed August 14, 2015. This motion has been referred to the undersigned Magistrate Judge

pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants Industrial Piping, Inc. and IPE-Industrial Process Engineers, Inc.'s "Motion To Seal Supplemental Exhibits" (Document No. 51) is **GRANTED**

**IT IS FURTHER ORDERED** that Exhibits P, Q, R, S, T, U and V to Defendants' "Supplemental Documentary Exhibits In Support Of Motion For Sanctions And To Compel" (Document No. 52) are to be filed under seal until further order this Court.

**SO ORDERED**.

Signed: August 18, 2015

David C. Keesler
United States Magistrate Judge