# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-497-FDW-DCK

| | | |
|---|---|---|
| NIRO, INC., n/k/a GEA PROCESS ENGINEERING, INC., d/b/a GEA PROCESS, | ) ) ) | |
| Plaintiff / Counterclaim Defendant, | ) ) | |
| v. | ) ) | **ORDER** |
| IPE - INDUSTRIAL PROCESS ENGINEERS, P.C., | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| INDUSTRIAL PIPING, INC., | ) ) | |
| Defendant / Counter Claimant, | ) ) | |
| v. | ) ) | |
| LIBERTY MUTUAL INS. CO., | ) ) | |
| Counterclaim Defendant. | ) ) | |
| and | ) ) | |
| ORION ENGINEERING, PC d/b/a ORION ENGINEERING OF THE SOUTHEAST, INC., ORION ENGINEERING, P.C. INC. And/or ORION ENGINEERING, INC., | ) ) ) ) ) | |
| Third-Party Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants Industrial Piping, Inc. and IPE-Industrial Process Engineers, Inc.'s "Motion To Seal" (Document No. 48) filed August 11, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §

636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendants Industrial Piping, Inc. and IPE-Industrial Process Engineers, Inc.'s "Motion To Seal" (Document No. 48) is **GRANTED**

**IT IS FURTHER ORDERED** that Exhibits A, B, C, D and O to Defendants' "Motion For Sanctions And to Compel" (Document No. 50) are to be filed under seal until further order this Court.

**SO ORDERED**.

Signed: August 18, 2015

David C. Keesler
United States Magistrate Judge